# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

MERCHANT, REGINALD,

                Plaintiff,

    vs.

EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and THE AMERICAN EXPRESS COMPANY

              Defendants.

Civil Action No.: 23-cv-00314-WMW-ECW

**[PROPOSED] ORDER GRANTING STIPULATION TO AMEND THE PARTIES' PROPOSED SCHEDULE**

Upon review of the Parties' Stipulation to Amend the Parties' Proposed Schedule,

    **IT IS ORDERED** that the Stipulation is **GRANTED.**

1