# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Reginald Merchant, | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |
| Plaintiff | Case No: 0:23-cv-00314-WMW-ECW |
| v. | |
| Experian Information Solutions, Inc., Trans Union, LLC, and The American Express Company, | |
| Defendants. | |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Experian Information Solutions, Inc. has retained Chelsea A. Bollman to substitute as counsel for Valerie Stacey in this case.

Dated:  December 20, 2023

*/s/ Chelsea A. Bollman*
Chelsea A. Bollman (MN #0401297)
JONES DAY
90 South 7th Street, Suite 4950
Minneapolis, MN 55402
Phone: 612-217-8800
Facsimile: 844-345-3178
Email: cbollman@jonesday.com

Dated:  December 20, 2023

*/s/ Valerie A. Stacey*
Valerie A. Stacey, MN #0399416
Jones Day
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
Telephone: (612) 217-8800
Facsimile: (844) 345-3178
vstacey@jonesday.com