**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| REGINALD MERCHANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 0:23-cv-00314-WMW-ECW |
| | ) | |
| EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC., TRANS UNION | ) | |
| LLC, and AMERICAN EXPRESS | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | | |

## EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO SET ASIDE ADMISSIONS

Defendant Experian Information Solutions, Inc. ("Experian") hereby moves the Court for an order allowing Experian to set aside any admissions it could be deemed to have made under Fed. R. Civ. P. 36(a)(3), related to Plaintiff's Requests for Admission served by Plaintiff on April 25, 2023, and deem Experian's responses to Plaintiff's Requests to Admit Numbers 4–8, 10–12, 15–29, served by Experian on September 22, 2023, effectively served.  In support of its Motion, Experian relies on the accompanying Memorandum of Law.  For the reasons articulated in the supporting Memorandum, Experian respectfully requests that the Court grant its Motion to Set Aside Admissions.

2

Dated:  January 29, 2024                    Respectfully submitted,

By:  */s/ Kristin K. Zinsmaster*
  Kristin K. Zinsmaster (MN #0391299)
  Chelsea A. Bollman (MN #0401297)
  JONES DAY
  90 South Seventh Street, Suite 4950
  Minneapolis, MN 55402
  Tel: (612) 217-8800
  Fax: (844) 345-3178
  kzinsmaster@jonesday.com
  cbollman@jonesday.com

  **Counsel for Defendant Experian
  Information Solutions, Inc.**

2