**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| REGINALD MERCHANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 0:23-cv-00314-WMW-ECW |
| EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC., TRANS UNION | ) |
| LLC, and AMERICAN EXPRESS | ) |
| COMPANY, | ) |
| | ) |
| Defendants. | |

**MEET-AND-CONFER STATEMENT FOR EXPERIAN INFORMATION
SOLUTIONS, INC.'S MOTION TO SET ASIDE ADMISSIONS**

Pursuant to District of Minnesota Local Rule 7.1(a), I submit this Meet and Confer Statement with regard to Experian Information Solutions, Inc.'s Motion to Set Aside Admissions. Counsel for Experian conferred with Plaintiff's counsel via telephone on January 5, 2024 regarding the subject of Experian's Motion to Set Aside Admissions. Counsel for Experian also communicated with Plaintiff's counsel via email on January 8, 9, and 10. As confirmed during the Parties' January 25 conference with Magistrate Judge Cowan Wright, the Parties were unable to reach a resolution.

Dated: January 29, 2024

Respectfully submitted,

By: */s/ Kristin K. Zinsmaster*
Kristin K. Zinsmaster (MN #0391299)
Chelsea A. Bollman (MN #0401297)
JONES DAY
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
Tel: (612) 217-8800
Fax: (844) 345-3178
kzinsmaster@jonesday.com
cbollman@jonesday.com

*Counsel for Defendant Experian Information Solutions, Inc.*